# IN THE United States District Court for the District of Idaho OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

Pam La Fosse, et al.,

                                Plaintiff,

VS.                                                                  CASE NO.: 1:21-mj-594-BLW

Winco Foods, LLC,                                               AFFIDAVIT OF RETURN

                                Defendant(s)

I, **John Muir**, being first duly sworn on oath. deposes and says:

That I am a resident of the County of ADA, state of IDAHO,

That I am over the age of eighteen years, that I am not a party to the action or related to any of the parties in the above entitled action and I hereby certify that on the 13th day of July, 2021 I received the following:

**Motion to Enforce Third-Party Subpoena Duces Tecum; Memorandum in Support of Motion to Enforce Third-Party Subpoena Duces Tecum; Declaration of Adam Gonnelli in Support of Motion to Enforce Third-Party Subpoena Duces Tecum**

and served the same on: **Winco Foods, LLC C/O Corporation Services Co.,**

by sub-serving **Megan Dickson (REGISTERED AGENT)**, who is a person over the age of eighteen, at the following address: **12550 W Explorer Dr., Ste 100, Boise, ID 83713**
which service was accomplished at said location on 14th July, 2021 at 02:22 PM.

Attempts and Service Comments:
- 12550 W Explorer Dr., Ste 100 , Boise, ID 83713:
7/14/2021 2:22 PM: Personally served Megan with the documents.

Description of the person served: Female, White, Blonde hair, Approx. Age: 47 years, Approx. Height: 5 ft 4 in., Approx. Weight: 170 lbs.

X _____
John Muir
Process Server #:

SUBSCRIBED AND SWORN to before me on the __14__ day of __July__, __2021__

X _____
NOTARY PUBLIC FOR THE STATE OF IDAHO
Residing in, ADA County, IDAHO
My commission expires: 10-15-2024

